**Charles ARMSTRONG, Appellant,**

v.

**Johnathan FORD; Nathaniel Murdock; Midland Manors, Appellees.**

No. 00–3625.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 22, 2000.

Filed Jan. 5, 2001.

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Charles Armstrong appeals the district court's [1] order dismissing his pro se civil rights complaint against private-party defendants. After careful review of the record, we conclude that Mr. Armstrong's complaint was frivolous and failed to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(i), (ii); Fed.R.Civ.P. 8(a)(2), (e)(1); *Bray v.*

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

*Alexandria Women's Health Clinic,* 506 U.S. 263, 267–68, 113 S.Ct. 753, 122 L.Ed.2d 34 (1993); *West v. Atkins,* 487 U.S. 42, 48, 108 S.Ct. 2250, 101 L.Ed.2d 40 (1988); *Johnson v. Outboard Marine Corp.,* 172 F.3d 531, 536 (8th Cir.1999). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).